**Alan Beaver WAY, Petitioner—Appellant,**

**v.**

**Terry O'BRIEN, Warden, Respondent—Appellee.**

No. 07–7185.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 5, 2008.

Alan Beaver Way, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Beaver Way, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Way's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Way v. O'Brien,* No. 7:07–cv–00355–GEC, 2007 WL 2285890 (W.D.Va. filed Aug. 2; entered Aug 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*